1020

THE STATE OF WASHINGTON, *Respondent*, v. M.J.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04216-0, Michael J. Trickey, J., entered February 1, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. M.D.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-08164-5, John M. Darrah, J., entered March 1, 1998. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. J.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-01066-7, John M. Darrah, J., entered February 26, 1999. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD O. DISQUE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05252-6, Glenna Hall, J., entered March 3, 1999. *Affirmed* by unpublished per curiam opinion.